IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>FONTA M. JONES,<br><br>           Defendant. | **8:12CR244**<br><br>**ORDER** |

      This matter is before the Court on the defendant's motion for a copy of his criminal case file (Filing No. 37), including the docket sheet, judgment and commitment, and statement of reasons. The defendant requests a waiver of fees associated with the costs of the copies. The Court sentenced the defendant on February 8, 2013 (Filing No. 32 and 35). At this time, the defendant has no motions or cases pending before this court, and the defendant makes no showing as to why he needs these copies. Accordingly, the Court will deny the motion. The defendant is, of course, free to request copies of these filings and to pay the costs of the same. The defendant may not obtain a copy of the Statement of Reasons without a Court Order, as the document is sealed.

      THEREFORE, IT IS ORDERED that the defendant's Motion for Copies and to waive such costs [37] is denied.

      Dated this 28th day of June, 2013.

                                                  BY THE COURT:

                                                s/ F.A. Gossett, III<br>
                                                United States Magistrate Judge